**IN RE AS.L.G. & AU.R.G.**

[360 N.C. 476 (2006)]

IN THE MATTERS OF AS.L.G. AND AU.R.G.

No. 624PA05

(Filed 5 May 2006)

On discretionary review pursuant to N.C.G.S. § 7A-31 of a unanimous decision of the Court of Appeals, 173 N.C. App. ——, 619 S.E.2d 561 (2005), affirming orders terminating respondent's parental rights entered 14 April 2004 by Judge David V. Byrd in District Court, Wilkes County. Heard in the Supreme Court 19 April 2006.

*Charlotte Gail Blake for respondent-appellant mother.*

*Tracie M. Jordan for appellee Guardian ad Litem, and Paul W. Freeman, Jr. for petitioner-appellee Wilkes County Department of Social Services.*

PER CURIAM.

DISCRETIONARY REVIEW IMPROVIDENTLY ALLOWED.

Justice TIMMONS-GOODSON did not participate in the consideration or decision of this case.